THE PEOPLE *ex rel.* Marion Leonard

*v.*

THE CLERK OF THE SUPERIOR COURT OF COOK COUNTY.

*Opinion filed February 14, 1898.*

The court, upon consideration of the relator's petition for *mandamus* to compel the clerk of the Superior Court of Cook county to write up an alleged judgment by default in her favor, holds that the lower court properly sustained a demurrer thereto.

WRIT OF ERROR to the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding.

MARION LEONARD, *pro se.*

Per CURIAM:   This is an attempt to bring before us for review the action of the court below in sustaining a general demurrer to a petition for *mandamus* to compel the respondent to write up an alleged judgment by default in favor of the relators.

There is an entire failure on the part of plaintiff in error to comply with the rules of this court in filing an abstract of the record, or to point out in her brief and attempted argument of the case the real grounds of her complaint.   This, perhaps, results from an attempt on her part to present her case in her own way instead of employing counsel to properly prepare and present it,— if, indeed, she has any legal cause of action.   We have, however, assumed the labor of reading her petition, and find no reason whatever for questioning the correctness of the decision of the circuit court.   No sufficient grounds for the writ of *mandamus* prayed are alleged in the petition, and the demurrer thereto was properly sustained.

The judgment of the circuit court will be affirmed.

*Judgment affirmed.*